AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ALICIA LIENS CARRACEDO<br><br>*Plaintiff(s)*<br>v.<br>TK PROMOTIONS, INC.<br>d/b/a BT'S GENTLEMEN'S CLUB<br>and GREGG BERGER<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>22CV20692-Altman |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  GREGG BERGER, individually
5325 NW 77th Avenue
Miami, FL 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JACOB K. AUERBACH, ESQ.
GALLUP AUERBACH
4000 HOLLYWOOD BOULEVARD, SUITE 265 SOUTH
HOLLYWOOD, FL 33021
t: 954.894.3035 e: jauerbach@gallup-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date. Mar 8, 2022

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| ALICIA LIENS CARRACEDO | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ` | Civil Action No. |
| TK PROMOTIONS, INC. d/b/a BT'S GENTLEMEN'S CLUB and GREGG BERGER | ) ) ) ) | 22CV20692-Altman |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TK PROMOTIONS, INC.
c/o Gregg Berger, Registered Agent
5325 NW 77th Avenue
Miami, FL 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JACOB K. AUERBACH, ESQ.
GALLUP AUERBACH
4000 HOLLYWOOD BOULEVARD, SUITE 265 SOUTH
HOLLYWOOD, FL 33021
t: 954.894.3035 e: jauerbach@gallup-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 8, 2022

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts